# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00088-CV

## In re Marchelo L. Pryce

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on several pro se motions filed within the last two months. Although mandamus relief is generally available when the trial court has failed to rule on a properly filed motion within a reasonable length of time, a delay of less than three months is not unreasonable. *See In re Whitfield*, No. 03-18-00564-CV, 2018 WL 4140735, at *1 (Tex. App.—Austin Aug. 29, 2018, orig. proceeding). Accordingly, we deny the petition for writ of mandamus.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: March 3, 2022